

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-10-00933-CV

Trial Court Cause
Number: 48281

Style: Amanda Jones and David Jones

**v** Henry Martinez, M.D., Henry Martinez, M.D., P.A, Brett Baker, P.A., Foundation Surgery Affiliates of Brazoria County d/b/a Brazoria County Surgery Center and Brazoria County  Surgery Center

Date motion filed*: September 5, 2013

Type of motion: Motion to withdraw as counsel

Party filing motion: Appellee

Document to be filed:

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

☐ Granted

If document is to be filed, document due: _____

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
　　　　　　　☒ Acting individually  ☐ Acting for the Court

Panel consists of  Justices Keyes, Bland, and Sharp.

Date: September 26, 2013